| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 1:04-CR-263-1-TCB |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 17-3033-01-CR-S-MDH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Northern District of Georgia | Atlanta |
| Riley Edward Ledbetter<br>Western District of Missouri | NAME OF SENTENCING JUDGE | |
| | Honorable Timothy C. Batten, Sr. | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>08/28/2012 | TO<br>LIFETIME |

**OFFENSE**

Attempting to Persuade/ Entice a Minor to Commit Criminal Sexual Activity, 18 U.S.C. §2422(b)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN** DISTRICT OF **GEORGIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Western District of Missouri** of upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

FILED IN OPEN COURT
U.S.D.C. - Atlanta
FEB 27 2017
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

2.27.17
Date

Honorable Timothy C. Batten, Sr.
Sr. United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **WESTERN** DISTRICT OF **MISSOURI**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/8/17
Effective Date

United States District Judge